AO 93 (Rev. 11/13) Search and Seizure Warrant                                    AUSA Hanna Helwig, (312) 469-6314

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 25M546 |
| the USPS Priority Mail package bearing tracking number 9405 5362 0624 9307 9194 04, further described in Attachment A | Ref. No. |

## SEARCH AND SEIZURE WARRANT

To: Thomas McKeown and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before September 19, 2025 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: September 5, 2025

*M. David Weisman*
*Judge's signature*

City and State: Chicago, Illinois

M. DAVID WEISMAN, U.S. Magistrate Judge
*Printed name and title*

# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 25M546 | 9/5/2025 @ 4:57 PM | USPS |

Inventory made in the presence of:

PI Mckeown and PI Todd

Inventory of the property taken and name of any person(s) seized:

- USPS Priority Mail parcel bearing tracking number 9405 5362 0624 9307 9194 04
- White packing peanuts
- Three (3) USPS Priority Mail mailing envelopes
- Three (3) vacuum-sealed bags, each containing four (4) plastic bags containing orange circular pills stamped "30" on one side and "b974" on the other side. One pill tested positive for the presence of methamphetamine
    -Total approximtae gross weight of 5,272.0 grams

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/5/2025

*Executing officer's signature*

Thomas McKeown; Postal Inspector
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The item to be search is a United States Mail package bearing USPS Priority Mail tracking number 9405 5362 0624 9307 9194 04. The item measures approximately 12 inches x 12 inches x 5.5 inches and weighs approximately 12 pounds and 8 ounces. The item is addressed to "Will Morain, 3116 W. 111th St., Chicago, IL 60655," with a return address of "Andy Collins, 311 N. Grant St., San Mateo, CA 94401."

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**"), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence, or instrumentalities of the **Subject Offense**;

4. Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5. Items that identify the sender or intended recipient of the **Subject Parcel**.